UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

NE 80\ TH STREET, LLC,　　　　　　　　　　　　CIVIL ACTION:

　　　　Plaintiff,

v.
　　　　　　　　　　　　　　　　　　　　　　　JUDGE:

ASPEN SPECIALTY INSURANCE
COMPANY,

　　　　Defendant.
_____/

## LISTING PURSUANT TO 28 U.S.C. § 1447(b)

NOW COMES, Aspen Specialty Insurance Company ("Aspen"), through undersigned counsel, who in accordance with 28 U.S.C. §1447 (b), states:

1.　　All parties remaining in this case and the attorneys representing them are:

　　　NE 80th Street, LLC.
　　　Through its counsel of record:
　　　Matthew B. Gold
　　　Michael Morris
　　　MBG Law Firm
　　　10101 W. Sample Road, Suite 110
　　　Coral Springs, Florida 33065
　　　Telephone: (954) 779-6128

　　　Defendant, Aspen Specialty Insurance Company
　　　Through its counsel of record:
　　　Charles R. Rumbley,
　　　Benjamin J. Russell,
　　　LOBMAN, CARNAHAN, BATT,
　　　ANGELLE & NADER
　　　400 Poydras Street, Ste. 2300
　　　New Orleans, LA 70130
　　　(504) 586-9292 Telephone
　　　(504) 586-1290 Facsimile

2. Pleadings Filed in State Court

Undersigned counsel hereby attaches copies of:

a) Complaint;

b) Plaintiff's Requests for Production;

c) Return of Service;

d) Civil Cover Sheet

e) Notice of Appearance;

f) Answer and Affirmative Defenses;

g) Plaintiff's Motion to Strike Defendant's Affirmative Defenses;

h) Agreed Order on Plaintiff's Motion for Extension of Time;

i) Defendant's Ex-Parte Motion to Compel Plaintiff's Answers to Interrogatories;

j) Notice of Cancellation of Hearing.

    Respectfully submitted,

    **LOBMAN, CARNAHAN, BATT,**
    **ANGELLE & NADER**

    */s/ Charles R. Rumbley*
    **CHARLES R. RUMBLEY**
    Florida Bar No. 1018161
    **BENJAMIN J. RUSSELL**
    Florida Bar No. 1023443
    400 Poydras Street, Suite 2300
    New Orleans, LA 70130
    Tel.: (504) 586-9292 | Fax: (504) 586-1290
    crr@lcba-law.com
    bjr@lcba-law.com
    FLService@lcba-law.com

    *Attorneys for Aspen Specialty Insurance Company*

3

## Certificate of Service

**I hereby certify** that on December 30, 2020, I served the foregoing document on counsel for Plaintiff, Matthew B. Gold, at the designated e-mail addresses: mgold@mbg-lawfirm.com and michael@morris.law.

*/s/ Charles R. Rumbley*