

# Notice of Service of Process

null / ALL
Transmittal Number: 21457841
Date Processed: 04/29/2020

| | |
|---|---|
| **Primary Contact:** | Erika Douglas<br>Aspen American Insurance Company<br>175 Capital Blvd<br>Ste 100<br>Rocky Hill, CT 06067-3934 |
| **Electronic copy provided to:** | Timothy Lynch<br>Kim Sliva |
| **Entity:** | Aspen Specialty Insurance Company<br>Entity ID Number  3721874 |
| **Entity Served:** | Aspen Specialty Insurance Company |
| **Title of Action:** | NE 80th Street, LLC vs. Aspen Specialty Insurance Company |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Miami-Dade County Circuit Court, FL |
| **Case/Reference No:** | 2020006968CA01 |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 04/28/2020 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | Chief Financial Officer in FL on 04/24/2020 |
| **How Served:** | Electronic SOP |
| **Sender Information:** | Matthew B. Gold<br>954-779-6128 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882  |  sop@cscglobal.com

| | |
|---|---|
| NE 80TH STREET, LLC | CASE #: 2020006968CA01 |
| | COURT: ELEVENTH JUDICAL CIRCUIT COURT |
| | COUNTY: MIAMI-DADE |
| PLAINTIFF(S) | DFS-SOP #: 20-000107686 |

VS.

ASPEN SPECIALTY INSURANCE COMPANY

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT, DISCOVERY, DESIGNATION OF EMAIL

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Friday, April 24, 2020 and a copy was forwarded by ELECTRONIC DELIVERY on Tuesday, April 28, 2020 to the designated agent for the named entity as shown below.

> ASPEN SPECIALTY INSURANCE COMPANY
> LYNETTE COLEMAN
> 1201 HAYS STREET
> TALLAHASSEE, FL 32301

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jimmy Patronis
Chief Financial Officer

MATTHEW BENNETT GOLD
ATTORNEY AT LAW
MBG LAW FIRM
10101 W. SAMPLE ROAD SUITE 312
CORAL SPRINGS, FL 33065

JM1

IN THE CIRCUIT COURT
OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

NE 80th STREET, LLC                                    CASE NO. 2020-006968-CA-01

      Plaintiff,

v.

ASPEN SPECIALTY
INSURANCE COMPANY

      Defendant.
_____/

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint for Breach of Contract, Plaintiff's First Request for Production, and Notice of Designation of Email Address in this action on Defendant:

    **Aspen Specialty Insurance Company**
    **c/o Florida Chief Financial Officer, as Registered Agent**
    **Service of Process Section**
    **PO Box 6200**
    **Tallahassee, FL 32314-6200**

The defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, to-wit: **Matthew B. Gold, Esq.** whose address is **MBG Law Firm 10101 W. Sample Road, Suite 110, Coral Springs, Florida 33065** within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

Dated:      4/10/2020

HARVEY RUVIN
as Clerk of said Court

(Court Seal)

By:_____
    as Deputy Clerk

RECEIVED AS STATUTORY REGISTERED AGENT on 24 April, 2020 and served on defendant or named party on 28 April, 2020 by the Florida Department of Financial Services

IN THE CIRCUIT COURT
OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

NE 80th STREET, LLC                               CASE NO.

    Plaintiff,

v.

ASPEN SPECIALTY
INSURANCE COMPANY

    Defendant.

_____/

## COMPLAINT

Plaintiff, NE 80th Street, LLC ("NE 80"), sues Defendant, Aspen Specialty Insurance Company (the "Insurance Company"), and alleges:

1. This is an action for damages in excess of $30,000 exclusive of interest, costs, and attorneys' fees.

2. At all material times, NE 80 owned and continues to own property in Miami-Dade County, Florida.

3. The Insurance Company is a foreign company licensed to do business in Florida, and conducting business in Miami-Dade County, Florida.

4. At all material times, NE 80 entered into an insurance contract with the Insurance Company bearing policy number PB7555418 (the "Policy"), which provided property insurance for NE 80's property located at 519 N.E. 83 Street, Miami, Florida 33138 (the "Property"). Plaintiff has requested a certified copy of the Policy in its First Request for Production and, upon receipt, will file the Policy with the Court.

5. The Policy provided insurance for NE 80's Property for the period from July 27, 2018 through July 27, 2019.

1

6. On or about January 4, 2019, NE 80's Property suffered substantial damage as the result of a plumbing break.

7. The Policy provided coverage for all of the losses, damages, and expenses that NE 80 suffered and incurred.

8. In accordance with the terms and conditions of the Policy, NE 80 gave the Insurance Company prompt and timely notice of its claim.

9. The Insurance Company acknowledged coverage for NE 80's claim and assigned it claim number PB1870040036 (the "Claim").

10. To date, the Insurance Company has failed and refused to provide a coverage position as to NE 80's Claim and has also failed and refused to compensate NE 80 for the damage to its Property.

14. NE 80 has complied with all terms and conditions of the Policy, and all conditions precedent to the bringing of this action have been performed, waived, or excused.

15. NE 80 hired undersigned counsel to represent it in this action and is obligated to pay its attorney a reasonable fee for his services.

16. Pursuant to Chapter 626.9373, Florida Statutes, NE 80 is entitled to recover the legal fees incurred in bringing this action.

## COUNT I
## BREACH OF CONTRACT

17. NE 80 adopts and realleges paragraphs 1-16 above.

18. The Insurance Company breached the Policy by failing to provide a coverage position as to NE 80's Claim, failing to properly adjust the Claim, and failing to fully and timely compensate NE 80 for all damages suffered as a result of the loss to its Property.

19. As a result of the Insurance Company breaches of the Policy, NE 80 has suffered

damages exceeding $30,000, exclusive of interest, costs, and fees.

WHEREFORE, NE 80 demands entry of judgment in its favor and against the Insurance Company for damages in excess of the jurisdictional limits of this Court, together with pre-and post-judgment interest, attorneys' fees, costs, and such other relief as the Court deems appropriate.

### DEMAND FOR TRIAL BY JURY

NE 80 demands a trial by jury of all issues so triable as a matter of right.

Dated this 24th day of March, 2020.

Respectfully submitted,

**MBG Law Firm**
*Attorney for Plaintiff*
10101 W. Sample Road, Suite 110
Coral Springs, Florida 33065
Telephone: (954) 779-6128

By: _____
Matthew B. Gold
Florida Bar No. 0086481
mgold@mbg-lawfirm.com

3