| | |
|---|---|
| **From:** | Michael Morris |
| **To:** | Charles Rumbley |
| **Cc:** | Benjamin Russell |
| **Subject:** | Re: NE 80th St Interrogatories |
| **Date:** | Thursday, December 3, 2020 3:12:57 PM |

I have confirmed with my client that the entities I listed are both manager and member. Their domiciles are as listed in Florida, and do not present a barrier to removal to federal court assuming that Aspen Specialty's home address is Bismark, North Dakota (I understand the administrative home to be in Connecticut). '

Does this email meet your requirements for removal purposes?

Thank you,



**Michael R. Morris**
**Morris & Morris, P.A.**

p. 561.903.0562   m. 561.707.8223
f. 561.828.9531   w. morris.law
a. 1677 D. Road Loxahatchee Florida 33470

On 3 December 2020, at 12:12 PM, Charles Rumbley <crr@lcba-law.com> wrote:

Michael,

This is a technical issue as to the difference between a member of the LLC and a manager. Managers have no ownership interest. The citizenship is based on the members who have an ownership interest. The interrogatory asked about the members. Your response was to identify the managers. That is not responsive to the Interrogatory. Even then, the managers you identified are also LLC's. Even if those manager LLC's are also members, we would then need to know the members of those additional LLC's in order to confirm the citizenship of the members.

Based on the interrogatory response, Aspen cannot remove the case. We do not have information as to the citizenship of the Plaintiff LLC. I have litigated this issue before and am concerned Aspen would face a show cause order as soon as the removal was filed if we were to remove it based on the interrogatory response. However, if you can respond to this e-mail in writing with a statement that all of the members of the Plaintiff LLC are domiciled in Florida, I believe that will suffice to get us to federal court.

**From:** Michael Morris <michael@morris.law>
**Sent:** Thursday, December 3, 2020 10:54 AM
**To:** Benjamin Russell <bjr@lcba-law.com>
**Cc:** Charles Rumbley <crr@lcba-law.com>
**Subject:** Re: RE: NE 80th St Interrogatories

My apologies that you were not able to reach me- we had an AC leak that resulted in the ceiling in my office collapsing and I have had workman in and out all week trying to fix it. As a result, I have either found myself temporarily evicted or unable to hear the phone rather frequently.

So far as I am aware, the information I provided you is complete and correct, but I am double-checking. My comment as to removal was based on the belief, when I made the comment, that Aspen was a foreign company.

As soon as I hear back from my client, I will either confirm or supplement the discovery response as to ownership and domicile.

Thank you,
Michael R. Morris

> On Dec 2, 2020, at 12:45 PM, Benjamin Russell <bjr@lcba-law.com> wrote:
>
> Michael,
>
> I tried calling you but wasn't able to reach you. Interrogatory No. 15 requests the membership of NE 80th Street LLC as well as their domiciles. This question is specifically designed to assess whether this case meets the diversity jurisdiction requirements to remove this case to federal court. Managers are not necessarily owners. Plaintiff must disclose the members of the LLC as well as their domicile. At this time, Plaintiff has only provided information as to the managers of the LLC. Aspen is entitled to this information. Sunbiz does not identify the members. Currently, without sufficient responses, we are without sufficient information to determine whether the case is removable, which you have suggested that it is.
>
> Can you provide the information about the LLC members before our December 10th hearing on the motion to compel? We do not need a verified interrogatory response; simply providing the information in an email will suffice.
>
> Regards,
>
> **Benjamin J. Russell**
> *Attorney*
> Lobman Carnahan

400 Poydras Street, Suite 2300
New Orleans, LA 70130
**e:**bjr@lcba-law.com | **t:**(504) 586-9292 | **f:**(504) 586-1290



This e-mail message contains privileged and confidential information intended only for the use of the specific individual or entity named above. If you or your employer are not the intended recipient of this e-mail or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail is strictly prohibited. If you have received this transmission in error, please immediately call the phone number above and delete the message.

**From:** Michael Morris <michael@morris.law>
**Sent:** Wednesday, December 02, 2020 10:16 AM
**To:** Benjamin Russell <bjr@lcba-law.com>
**Subject:** NE 80th St Interrogatories

Miracle of miracles, here are the signed interrogatory responses.

My apologies- unfortunately, it is still considered a crime if the person you are beating is a client with late discovery.

**Michael R. Morris**



1677 D. Road
Loxahatchee, FL 33470
**Phone:**   561.903.0562
**Fax:**   561.828.9351
**Mobile:**   561.707.8223

**Confidentiality Note:** The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments. Thank you.