UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

NE 80TH STREET, LLC,                                        CIVIL ACTION:

    Plaintiff,

v.

                                                 JUDGE:

ASPEN SPECIALTY INSURANCE
COMPANY,

    Defendant.
_____/

## ASPEN SPECIALTY INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT MADE PURSUANT TO F.R.C.P. 7.1

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

    Defendant, Aspen Specialty Insurance Company ("Aspen") is a wholly-owned subsidiary of Aspen Insurance Holdings, Limited, which is a foreign company publicly traded on the New York Stock Exchange under the symbol "AHL."

Respectfully submitted,

                                    **LOBMAN, CARNAHAN, BATT,**
                                    **ANGELLE & NADER**

                                    */s/ Charles R. Rumbley*
                                  **CHARLES R. RUMBLEY**
                                  Florida Bar No. 1018161
                                  **BENJAMIN J. RUSSELL**
                                  Florida Bar No. 1023443
                                  400 Poydras Street, Suite 2300
                                  New Orleans, LA 70130
                                  Tel.: (504) 586-9292 | Fax: (504) 586-1290
                                  crr@lcba-law.com
                                  bjr@lcba-law.com
                                  FLService@lcba-law.com

*Attorneys for Aspen Specialty Insurance Company*

**Certificate of Service**

**I hereby certify** that on December 30, 2020, I served the foregoing document on counsel for Plaintiff, Matthew B. Gold, at the designated e-mail addresses: mgold@mbg-lawfirm.com and michael@morris.law.

/s/ Charles R. Rumbley