UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

NE 80TH STREET, LLC,                                    CASE NO : 20-25306-CV

      Plaintiff,

v.

                                           JUDGE: UNGARO

ASPEN SPECIALTY INSURANCE
COMPANY,

      Defendant.
_____/

## **PROPOSED SCHEDULING ORDER SETTING**
## **CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

      **THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on

**_____, 2022**. If the case cannot be tried during the two-week period, it will be re-set for each

successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m.**

**on _____, 2022.** The parties shall adhere to the following schedule

| | |
|---|---|
| 1. Joinder of any additional parties and filing of motion to amend the complaint by | March 30, 2021 |
| 2. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | March 30, 2021 |
| 3. Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | June 30, 2021 |
| 4. Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | July 30, 2021 |
| 5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | August 30, 2021 |

| | |
|---|---|
| 6. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | July 30, 2021 |
| 7. Fact discovery shall be completed by | December 30, 2021 |
| 8. Expert discovery shall be completed by | December 30, 2021 |
| 9. Mediation shall be completed by | January 31, 2022 |
| 10. Dispositive motions, including summary judgment and *Daubert*, shall be filed by | February 7, 2022 |
| 11. All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by | April 29, 2022 |
| 12. Joint pretrial stipulation, deposition designations and counter-designations, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | April 29, 2022 |

Respectfully submitted:

**MBG Law Firm**

/s/ Michael R. Morris
Michael R. Morris, *of counsel*
FBN 70254
*Attorney for NE 80th Street, LLC*
10101 W. Sample Road, Suite 100
Coral Springs, FL 33065
Tel: (954) 779-6128
Direct: (561) 903-0562
michael@morris.law
dshannon@mbg-lawfirm.com

**LOBMAN, CARNAHAN, BATT, ANGELLE & NADER**

*/s Charles R. Rumbley*
**CHARLES R. RUMBLEY**
Florida Bar No. 1018161
400 Poydras Street, Suite 2300
New Orleans, LA 70130
Tel: (504) 586-9292
Facsimile: (504) 586-1290
crr@lcba-law.com

*Counsel for Defendant, Aspen Specialty Insurance Company*