UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

NE 80TH STREET, LLC,    CASE NO : 20-25306-CV

    Plaintiff,

v.

                                                JUDGE: UNGARO

ASPEN SPECIALTY INSURANCE
COMPANY,

    Defendant.
_____/

## Notice of Appearance

Undersigned Counsel, Michael R. Morris, hereby gives notice to the Clerk of Court and all parties of record, that I am admitted to practice in this court and I appear in this case as counsel for Plaintiff, NE 80th Street, LLC.

Respectfully submitted 17 May 2021.

                                            **MBG Law Firm**
                                            */s/ Michael R. Morris*
                                            Michael R. Morris, *of counsel*
                                            FBN 70254
                                            *Attorney for NE 80th Street, LLC*
                                            10101 W. Sample Road, Suite 100
                                            Coral Springs, FL 33065
                                            Tel: (954) 779-6128
                                            Direct: (561) 903-0562
                                            Primary email: michael@morris.law
                                            Secondary email: dshannon@mbg-lawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on 17 May 2021, electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.

                                            */s/ Michael R. Morris*
                                            Michael R. Morris, *of counsel*