UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

NE 80TH STREET, LLC,                                         CASE NO : 20-25306-CV

       Plaintiff,

v.

                                                                             JUDGE: UNGARO

ASPEN SPECIALTY INSURANCE
COMPANY,

       Defendant.

_____/

## INTERIM JOINT STATUS REPORT

Plaintiff, NE 80th Street, LLC, and Defendant, Aspen Specialty Insurance Company, collectively referred to as the "Parties," by and through their respective undersigned counsel and pursuant to the Court's Order, dated February 17, 2021, (Doc. 6), hereby file their Interim Joint Status Report, and responds to the questions posed by the Court as follows:

1. Have all the defendants been served and answered the complaint? If not, state the reasons) for the failure to do so.

   Yes, Defendant has been served and has filed an Answer.

2. If this is a class action, has a motion for class certification been filed? If so, what is its Status.

   This is not a class action.

3. If discovery is not closed, what is the parties' agreed upon plan for the completion of discovery by the deadline, including but not limited to the exchange of all relevant electronically stored information:

   Discovery is not closed. Written discovery was conducted in state court prior to removal.

   Aspen requested dates for its experts to inspect the property on April 5, 2021, and clarified the amount of time and scope of access that would be needed for its experts

on April 15, 2021. Despite Aspen's diligent efforts, the inspection has not yet been scheduled.[1] Aspen also requested dates from Plaintiff for various depositions on May 3, 2021, and is awaiting available dates from Plaintiff counsel. One witness, Kenneth Hecht, has filed his own action against Aspen, which complicates scheduling but he has advised that he will be available for deposition before the July 16, 2021 deadline. NE 80th has asked for the areas of inquiry of the corporate representative deposition in order to determine the appropriate corporate representative, and hence, the availability of the individual(s) chosen as corporate representative(s). The parties are hopeful that the necessary discovery can be completed prior to the July 16, 2021, discovery deadline.

4.  Are there any motions pending? If so, indicate the status of each motion separately.

    There are no pending motions.

5.  Have the parties filed their Notice of Selection of Mediator as required by the Court's Order of Referral to Mediator?

    The Notice has been filed.

6.  Have the parties agreed to a place, date and time for mediation and has the lead attorney for the plaintiff completed the form Order Scheduling Mediation and submitted it to the Court? If not, state the reasons) for the failure to do so.

    The parties have not scheduled mediation. The agreed-upon mediator has unexpectedly decided not to mediate cases in the months of June, July or August. The parties are in the process of selecting another mediator and scheduling the mediation.

7.  Have the parties engaged in informal settlement negotiations? If so, explain the extent of the negotiations. If not, explain the reasons) for the failure to do so.

    No informal negotiations have occurred. Aspen requires depositions and an expert evaluation prior to entering into negotiations.

8.  If the case is less than five days to try, have the parties conferred and have they agreed to trial before a U.S. Magistrate Judge, wherein a date certain for trial may be given?

    The parties do not consent to trial before a U.S. Magistrate Judge.

---

[1] NE 80th's counsel was out of the office unexpectedly for a little over three weeks from the last week in April through the first two weeks of May due to an infection that turned septic and required surgery and follow-up incapacitating treatments. This caused some delay, for which counsel apologizes.

Respectfully submitted:

**MBG Law Firm**

*/s/ Michael R. Morris*
Michael R. Morris, *of counsel*
FBN 70254
10101 W. Sample Road, Suite 100
Coral Springs, FL 33065
Tel: (954) 779-6128
Direct: (561) 903-0562
michael@morris.law
dshannon@mbg-lawfirm.com

*Attorney for NE 80th Street, LLC*

**LOBMAN, CARNAHAN, BATT, ANGELLE & NADER**

*/s/ Charles R. Rumbley*
**CHARLES R. RUMBLEY**
Florida Bar No. 1018161
400 Poydras Street, Suite 2300
New Orleans, LA 70130
Tel.: (504) 586-9292
Fax: (504) 586-1290
crr@lcba-law.com

*Counsel for Defendant, Aspen Specialty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 18th day of May, 2021, electronically filed the foregoing

document with the Clerk of Court by using the CM/ECF system and served a true and correct copy

of same on counsel for Plaintiff.

*/s/ Charles R. Rumbley*