UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

NE 80TH STREET, LLC,

      Plaintiff,

v.

ASPEN SPECIALTY INSURANCE COMPANY,

      Defendant.
_____/

CASE NO : 20-25306-CV

JUDGE: GAYLES

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff, NE 80th Street, LLC, and Defendant, Aspen Specialty Insurance Company, collectively referred to as the "Parties," by and through their respective undersigned counsel and pursuant to Federal Rule of Civil procedure 16(b)(4) Local Rule 7.6, hereby file their Joint Motion to Modify Scheduling Order, in support of which the Parties say:

**1.** This is a first party property insurance case involving an apartment building. In filing their initial joint scheduling report and proposed scheduling order, the Parties had asked for a deadline of 30 December 2021 to complete discovery.

**2.** In her Scheduling Order [DE 6], entered 17 February 2021, Judge Ungaro ordered that all discovery – including expert discovery – be completed by 16 July 2021, and that the case be set for trial 12 October 2021.

**3.** Despite the Parties working together to meet Judge Ungaro's order, a number of extraordinary issues have arisen that necessitate this motion, as follows:

      a.      Plaintiff's counsel suffered an infection which turned septic requiring surgery and multiple weeks of home infusion and nursing care which rendered him unable to practice for approximately 30 days in April and May 2021.

      b.      One of Defendant's plumbing experts fell ill and was not able to complete a day of scheduled on-site inspection he deemed necessary to forming his expert opinion.

      c.      Due to both staff turnover and unforeseen business issues, the proposed corporate representative deposition of Plaintiff was not able to be completed and cannot be rescheduled before the close of discovery.

4.      One of Plaintiff's contractors, to whom Plaintiff issued an assignment of benefits made the Parties aware in early June 2021 that it intends to file suit against Defendant. Both parties have made diligent efforts to communicate with the contractor's attorney, who has been provided with a copy of the scheduling order. To date, the contractor does not appear to have filed suit, but the Parties believe that such suit would be more efficiently handled as part of this case rather than a separate course of litigation.

5.      The Parties early on agreed to a mediator, only to have that mediator elect to take the summer off. The Parties agreed on a replacement mediator who could conduct the mediation within the timeframe required by Judge Ungaro. Unfortunately, the parties were recently informed that the second mediator accidentally double-booked the intended mediation date and cannot conduct the mediation. Despite diligent efforts, the Parties have been unable to locate another mediator who can mediate the case within the time limits of Judge Ungaro's order.

On the basis of the above-listed events, the Parties jointly request that the Scheduling order be modified to change the discovery completion date to 30 December 2021, with all other subsequent dates modified accordingly.

Respectfully submitted 9 July 2021:

| | |
|---|---|
| **MBG Law Firm** <br> */s/ Michael R. Morris* <br> Michael R. Morris, *of counsel* <br> FBN 70254 <br> *Attorney for NE 80th Street, LLC* <br> 10101 W. Sample Road, Suite 100 <br> Coral Springs, FL 33065 <br> Tel: (954) 779-6128 <br> Direct: (561) 903-0562 <br> michael@morris.law <br> dshannon@mbg-lawfirm.com | **LOBMAN, CARNAHAN, BATT,** <br> **ANGELLE & NADER** <br><br> */s/ Charles R. Rumbley* <br> **CHARLES R. RUMBLEY** <br> Florida Bar No. 1018161 <br> 400 Poydras Street, Suite 2300 <br> New Orleans, LA 70130 <br> Tel.: (504) 586-9292 <br> Fax: (504) 586-1290 <br> crr@lcba-law.com <br> *Counsel for Defendant, Aspen Specialty Insurance Company* |

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 9th day of July, 2021, electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system and served a true and correct copy of same on counsel for Defendant.

                                                                     */s/ Michael R. Morris*